UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH L. MOREY, JR.,

    Plaintiff,

v.        Case No: 6:13-cv-354-Orl-18TBS

JOHN NICKLESON,

    Defendant.

## REPORT AND RECOMMENDATION[1]

Pending before the Court is Plaintiff's Complaint (Doc. 1) and Motion to Proceed In Forma Pauperis (Doc. 2). The law requires that the Court consider both Plaintiff's ability to pay and the merits of his claim. See 28 U.S.C. § 1915(a) (requiring a federal court to examine plaintiff's affidavit of indigency); see also 28 U.S.C. § 1915(e)(2) (requiring a federal court to consider the merits of plaintiff's claim). In order to proceed in forma pauperis, Plaintiff must allege a non-frivolous cause of action within the limited jurisdiction of the federal courts.

Parties seeking to invoke this Court's jurisdiction over a cause of action must show that the underlying claim is based upon either diversity jurisdiction[2] or the existence of a federal question (i.e. "a civil action arising under the Constitution, laws, or treaties of the

---

[1] Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

[2] Federal diversity subject matter jurisdiction exists where the matter in controversy (1) exceeds the sum or value of $75,000.00 exclusive of interest and costs and (2) is between citizens of different states. See 28 U.S.C. § 1332(a).

United States"), in which a private right of action has been created or is implied by legislative intent. See 28 U.S.C. §§ 1331-1332.

I have reviewed Plaintiff's Complaint, and from what I can surmise, the cause of action seems to be based on an alleged quid pro quo sexual encounter. Plaintiff has failed to assert a basis for this Court's federal jurisdiction. Accordingly, it is respectfully **RECOMMENDED** that:

1. Plaintiff's motion (Doc. 2) be **DENIED WITHOUT PREJUDICE**, to be asserted, to the extent appropriate, after Plaintiff has filed an Amended Complaint.

2. Plaintiff's Complaint (Doc. 1) be **DISMISSED** and he be given twenty-one (21) days from the date of the District Judge's order to **AMEND**.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on March 5, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Plaintiff, pro se
    Any other unrepresented parties
    Any Counsel of Record