UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH L. MOREY, JR.,

        Plaintiff,

-vs-                                        Case No. 6:13-cv-354-Orl-18DAB

JOHN NICKELSON,

        Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice and Plaintiff has twenty-one days from the date of this order to file an **AMENDED** complaint. The Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED** without prejudice to plaintiff refiling it with the amended complaint. Clerk of the Court is directed to terminate any pending motions and CLOSE this case if Plaintiff fails to file an amended complaint within the time allotted.

It is **SO ORDERED** in Orlando, Florida, this 27 day of March, 2013.

                                                      G. KENDALL SHARP
                                                      Senior United States District Judge

Copies to:
Unrepresented party